1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FATE, INC., a California Corporation, | Case No.: CV14-4245-PA-VBK |
|---|---|
| Plaintiff, | *Hon. Percy Anderson Presiding* |
| vs. | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| NORDSTROM, INC., a Washington Corporation; WILSTER APPAREL GROUP, LLC, a California Limited Liability Company; and DOES 1-10, | |
| Defendants. | |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: May 2, 2015          By: _____
                                HONORABLE PERCY ANDERSON